# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ANTONIO LONA**  
Reg #33693-045                                                                                    **PETITIONER**

v.                              No. 2:23-cv-166-DPM

**C. EDGE**, Acting Warden, FCI Forrest  
City, Arkansas                                                                                      **RESPONDENT**

## ORDER

Unopposed recommendation, *Doc. 14*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Lona's § 2241 petition will be dismissed with prejudice.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

17 December 2025