# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ANTONIO LONA**  
Reg #33693-045                                              **PETITIONER**

v.                        No. 2:23-cv-166-DPM

**C. EDGE**, Acting Warden, FCI Forrest  
City, Arkansas                                              **RESPONDENT**

## JUDGMENT

Lona's § 2241 petition, *Doc. 1*, is dismissed with prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

17 December 2025